# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1087
_____

ROOMS TO GO WAREHOUSE and
BROADSPIRE SERVICES, INC.,

    Appellants,

    v.

HARRY KING,

    Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Brian J. Anthony, Judge.

Date of Accident:  August 4, 2022.

June 25, 2025

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.180(b)(1)(C) (providing for an appeal of a nonfinal order determining compensability when the judge of compensation certifies "in the order that determination of the exact nature and amount of benefits due to claimant will require substantial expense and time").

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


William H. Rogner of HR Law, P.A., Orlando, for Appellants.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.